IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROADWAY EXPRESS, INC., | ) |
| Plaintiff | ) |
| vs. | ) Civil Action No. 08-cv-0043C |
| DAN CHEREK | ) |
| and | ) |
| ONE STOP GOLF & BOWLING LLC | ) |
| and | ) |
| BRYAN GRAHAM, | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

This case has been settled. The above numbered cause of action, and all claims, counterclaims and crossclaims are dismissed with prejudice, with each party to bear their respective costs of court and attorney's fees.

SIGNED this 29th day of April, 2008.

*Barbara B. Crabb*
United States District Judge

KC-1590946-1

